**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Victor H.C.,

Petitioner,

v.

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**
Civil File No. 26-03830 (MJD/LIB)

Todd Blanche, et al.,

Respondents.

---

David L. Wilson, Lee Anne Koller Mills, Wilson Law Group, Counsel for Petitioner.

David R. Hackworthy, David W. Fuller, Assistant United States Attorneys, Counsel for Respondents.

---

On September 29, 2026, the Court granted Petitioner Victor H.C.'s Petition for Writ of Habeas Corpus. **(Doc. 9.)** As part of that Order, the parties were required to immediately release Petitioner with all his personal effects seized and notify the Court within 48 hours to confirm that the release occurred.

On October 1, 2026, Respondents provided a status update informing the Court that Petitioner was released with his property. **(Doc. 11.)**

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Victor H.C.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 2, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court